**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

JOSE ALVAREZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

**08 CRIM 584**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           June 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

MICHAEL J. GARCIA
United States Attorney

By: _____
    LAUREN M. OUZIEL
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    DEIRDRE VON DORNUM
    Attorney for JOSE ALVAREZ

*JUDGE PATTERSON*

6/25/08 WHEEL A