UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

        v.                                :        **08 CRIM 584**

JOSE ALVAREZ,                       :        08 Cr. _____

        Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 924(c) and Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A) and 841(b)(1)(B), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            Jose Alvarez

                                            _____
                                            Witness

                                            _____
                                            Counsel for Jose Alvarez

Date:  New York, New York
         June 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2008

0202