```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :    INFORMATION

JOSE ALVAREZ,                   :
                                     08 Cr.
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 27 2008

08 CRIM 584

JUDGE PATTERSON

## COUNT ONE

The United States Attorney charges:

1. On or about March 31, 2008, in the Southern District of New York, JOSE ALVAREZ, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a), and 841(b)(1)(A); Title 18, United States Code, Section 2.)

## COUNT TWO

The United States Attorney further charges:

2. On or about March 31, 2008, in the Southern District of New York, JOSE ALVAREZ, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with

intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

    (Title 21, United States Code, Sections 812, 841(a), and 841(b)(1)(B); Title 18, United States Code, Section 2.)

## COUNT THREE

The United States Attorney further charges:

3. On or about March 31, 2008, in the Southern District of New York, JOSE ALVAREZ, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offenses charged in Counts One and Two of this Information, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, ALVAREZ possessed in his house seven loaded handguns and a loaded TEC-9, which he possessed in furtherance of the narcotics crimes charged in Counts One and Two of this Information.

    (Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

*[signature]*
MICHAEL J. GARCIA DMR
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE ALVAREZ,

Defendant.

---

INFORMATION

08 Cr. _____

(18 U.S.C. § 924(c)(1)(A)(i) and 21
U.S.C. §§ 812, 841(a)(1) and 841(b)(1)(A)
and 841(b)(1)(B).)

MICHAEL J. GARCIA
United States Attorney.

---

6/27/08  Δ, produced by US Marshals, present w/ atty von Dornum. AUSA Masella present. Δ appears + is arraigned on this information. Δ enters plea of not guilty. Court accepts plea. Schedule set: discovery by 7/1/08, Δ's motions by 8/1/08, Gvt reply by 8/15/08, argument 8/20/08 at 4pm. All time excluded, IOJ, thru 8/20/08. Δ continued remanded.

Patterson, J.