UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/21
```

United States,

—v—

Jose Alvarez,

Defendant.

8-cr-584 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On June 11, 2021, Mr. Jose Alvarez moved this Court to reduce his term of supervised release. Dkt. No. 29. The Government shall file a response to Mr. Alvarez's motion, if any, by September 8, 2021.

SO ORDERED.

Dated: August 25, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge