UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Jose Alvarez,

Defendant.

8-cr-584 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Jose Alvarez's unopposed motion to terminate his remaining term of supervised release is hereby GRANTED. Dkt. No. 29.

The Clerk of Court is respectfully asked to mail a copy of this Opinion and Order to Petitioner and note the mailing on the public docket.

SO ORDERED.

Dated: September 24, 2021
New York, New York

ALISON J. NATHAN
United States District Judge